IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. MULDROW                                                                PLAINTIFF

      v.                         Civil No. 4:07-cv-04061

ROBERT H. HARRISON,
Chief, Texarkana Arkansas
Police Department; PATROLMAN
J. VAN METER; JOHN DOE
PATROLMAN 1; JOHN DOE
PATROLMAN 2; THE CITY
OF TEXARKANA, ARKANSAS                                                          DEFENDANTS

## **ORDER**

On July 2, 2007, the plaintiff filed a motion (Doc. 2) for leave to proceed *in forma pauperis* (IFP). The motion (Doc. 2) is granted. The matter of service will be determined at a later time.

On July 2, 2007, the court entered an order (Doc. 3) directing the clerk to file the complaint and motion to proceed IFP. Plaintiff has filed a motion (Doc. 8) asking for reconsideration of the order. He maintains his complaint and IFP application should have been filed with a date of June 20, 2007, when it was mailed or post-marked because he does not have access to the court's electronic filing system. Moreover, he requests that the documents be filed as of June 15, 2007. Plaintiff alleges June 15, 2007, is the date the defendants began to manufacture evidence in retaliation for the plaintiff having requested information under the Freedom of Information Act.

The motion for reconsideration (Doc. 8) is denied. First, the court notes that no documents opening a case are electronically filed. This is true whether or not the individual filing the document ordinarily has access to the Case Management and Electronic Case Filing System (CM/ECF) or not. Second, plaintiff's complaint was not dated until June 20th and not received initially by the court until June 22nd. Thus, there is no basis for the court to order the case filed as of June 15th or June 20th.

This is certainly true since there is clearly no statute of limitations problem.

      IT IS SO ORDERED this 19th day of July 2007.

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE